UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO. 5:01CR00132-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| GREGORY L. CAREY, | ) | |

It now appearing to the court that the said Gregory L. Carey died on or about July 19, 2009. At which time a remaining liability existed in the amount of $33,725.13.

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the 16th day of August, 2012.

MALCOLM J. HOWARD
SENIOR U.S. DISTRICT JUDGE